**No. 10-1336. Michael A. Carroll, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1074, 132 S. Ct. 799, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8386.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 817, 132 S. Ct. 97, 181 L. Ed. 2d 26, 2011 U.S. LEXIS 6741.